IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF JORGE CASTRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-126 |
| | § | |
| STANDARD GUARANTY INSURANCE COMPANY, | § | JURY |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Estate of Jorge ("Plaintiff"), and Defendant Standard Guaranty Insurance ("Defendant"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss with prejudice all claims and all associated relief requested in such claims filed in this case. All costs of court shall be paid by the party incurring same.

Respectfully submitted,

_____
John Millin
John@millinmillin.com
SBN 24005166

Millin & Millin, PLLC
4107 North 22nd Street
McAllen, Texas 78504
Tel: 956-631-5600
Fax: 956-631-5605

ATTORNEYS FOR PLAINTIFF

695590-v1/10977-371000
Joint Stipulation of Voluntary Dismissal.
Case No. 1:17-cv-126

Page 1

*[signature]*

April F. Robbins
State Bar No. 16983470
Federal I.D. No. 14875

BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, TX 76102-3090
(817) 338-1700
(817) 870-2265  Facsimile
Email: arobbins@belaw.com

ATTORNEY FOR DEFENDANT

695590-v1/10977-371000
Joint Stipulation of Voluntary Dismissal.
Case No. 1:17-cv-126

Page 2