United States District Court
Southern District of Texas
**ENTERED**
March 12, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF JORGE CASTRO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:17-cv-00126 |
| | § | |
| STANDARD GUARANTY INSURANCE, | § | |
|     Defendant. | § | |

## **ORDER**

Before the Court is the parties' "Joint Stipulation of Voluntary Dismissal with Prejudice" (Docket No. 16). Plaintiff voluntarily dismisses, with prejudice, all claims against Defendant. The Clerk of the Court is **ORDERED** to close this case.

Signed on this \_\_\_12th\_\_\_ day of \_\_\_March_____, 2018.

_____

Rolando Olvera
United States District Judge

1